IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GRISELDA KIM,

   Plaintiff,

  v.

GREGORY J. BARRO, PLC,

   Defendant.

CIVIL ACTION FILE
NO. 1:08-CV-3688-TWT

## ORDER

This is an action under the Fair Debt Collections Act. It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending granting the Plaintiff's Motion for Attorney's Fees and Costs [Doc. 6]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Motion for Attorney's Fees and Costs [Doc. 6] is GRANTED in the amount of $1,012.50 in attorney fees and $361.40 in costs.

SO ORDERED, this 5 day of June, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge